JRS:NDB/MPM
F. #2024R00780

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

NATHANIEL MOORE,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

THE GRAND JURY CHARGES:

FILED
IN CLERK'S OFFICE
US DISTRICT COURT
E.D.N.Y.
* MAY 7, 2026 *
BROOKLYN OFFICE

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 25-7 (S-1) (ENV)
(T. 18, U.S.C., §§ 922(g)(1), 924(d)(1),
924(e)(1), 982(a)(5), 982(b)(1), 2119,
2119(1) and 3551 et seq.; T. 21, U.S.C.,
§ 853(p); T. 28, U.S.C., § 2461(c))

## COUNT ONE
(Carjacking)

1.     On or about September 18, 2024, within the Eastern District of New York

and elsewhere, the defendant NATHANIEL MOORE, with intent to cause death and serious

bodily harm, did knowingly and intentionally take a motor vehicle that had been transported,

shipped and received in interstate and foreign commerce from the person and presence of another

by force and violence and by intimidation.

(Title 18, United States Code, Sections 2119, 2119(1) and 3551 et seq.)

## COUNT TWO
(Felon in Possession of a Firearm and Ammunition)

2.     On or about September 18, 2024, within the Eastern District of New York

and elsewhere, the defendant NATHANIEL MOORE, knowing that he had previously been

convicted in one or more courts of three or more crimes punishable by a term of imprisonment

exceeding one year, each constituting a violent felony and committed on occasions different

from one another, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: a Glock 43 9mm pistol, and ammunition, to wit: 9mm Luger caliber ammunition.

(Title 18, United States Code, Sections 922(g)(1), 924(e)(1) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION
## AS TO COUNT ONE

3.    The United States hereby gives notice to the defendant that, upon his conviction of the offense charged in Count One, the government will seek forfeiture in accordance with (a) Title 18, United States Code, Section 982(a)(5), which requires any person convicted of such offense to forfeit any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such offense; and (b) Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any violation of any criminal law of the United States, including but not limited to the following assets, all seized by law enforcement on or about September 18, 2024, in Brooklyn, New York:

(a)    one Glock 43 9mm pistol bearing serial number CCCW369;

(b)    one Glock magazine; and

(c)    seven 9mm Luger cartridges.

4.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 924(d)(1), 982(a)(5) and 982(b)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

## CRIMINAL FORFEITURE ALLEGATION
## AS TO COUNT TWO

5.    The United States hereby gives notice to the defendant that, upon his conviction of the offense charged in Count Two, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922 or Section 924, including but not limited to the following assets, all seized by law enforcement on or about September 18, 2024, in Brooklyn, New York:

(a)    one Glock 43 9mm pistol bearing serial number CCCW369;

(b)    one Glock magazine; and

(c)    seven 9mm Luger cartridges.

6.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

4

(c)    has been placed beyond the jurisdiction of the court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be divided

without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of the defendant up to the value of the forfeitable property

described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d)(1); Title 21, United States Code,

Section 853(p); Title 28, United States Code, Section 2461(c))


A TRUE BILL

/s/
_____
FOREPERSON


By *David Pitluck, Assistant U.S. Attorney*
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK